UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHANDLER ALLEN INGERSOLL**<br>REG. # 05816-091 | : | **DOCKET NO. 2:22-cv-02242**<br>**SECTION P** |
| **VERSUS** | : | **JAMES D. CAIN, JR.** |
| **WARDEN MA'AT** | : | **MAGISTRATE JUDGE KAY** |

*Consolidated with*

| | | |
|---|---|---|
| **CHANDLER ALLEN INGERSOLL**<br>REG. # 05816-091 | : | **DOCKET NO. 2:22-cv-05188**<br>**SECTION P** |
| **VERSUS** | : | **JAMES D. CAIN, JR.** |
| **WARDEN MA'AT** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in chambers, on this 12th day of January, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**